UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:23-CV-00001-FDW

| | |
|---|---|
| In re: | ) |
| | ) |
| BK RACING, LLC | ) |
|     Debtor | ) |
| | ) |
| RONALD C. DEVINE, *et al.* | ) |
| | ) |
|     Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW SMITH | ) |
| | ) |
|     Appellee. | ) |

THIS MATTER is before the Court on Appellants' Motion for Leave to Appear *Pro Hac Vice* and Affidavit, (Doc. No. 3), filed on March 1, 2023. Anthony Coppola seeks to appear as counsel *pro hac vice* for all Appellants in this matter.[1] Upon review and consideration of the

---

[1] The Appellants in this matter include: Ronald C. Devine; Brenda S. Devine; Carroll E. Devine; Randall Devine 2010 Irrevocable Trust; Christopher Devine 2010 Irrevocable Trust; Benjamin Devine 2010 Irrevocable Trust; BRC Loans, LLC; BRC Real Estate Holdings, LLC; A&R Foods, Inc.; Virginia Racers Group, LLC; Property Services, Inc.; US Financial Companies, LLC; and Devine Family Foundation.

1

Motion, which was accompanied by the submission of the necessary fee and information, the Court **GRANTS** Appellants' Motion for Leave to Appear *Pro Hac Vice*, (Doc. No. 3).

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

Also before the Court is Appellants' Motion to Withdraw, (Doc. No. 4), filed on March 1, 2023. John C. Woodman, David R. DiMatteo, and the law firm Essex Richards, P.A., seek to withdraw as counsel for Appellants in this matter. Having carefully considered the Motion, the relief sought in the Motion to Withdraw is **GRANTED**.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Motion for Leave to Appear *Pro Hac Vice* (Doc. No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Withdraw (Doc. No. 4) is **GRANTED**. John C. Woodman and David R. DiMatteo of Essex Richards, P.A., shall be and are relieved and removed as counsel of record for the Appellants.

**IT IS SO ORDERED.**

_____
Frank D. Whitney
United States District Judge