# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Ronald C. Devine, et al,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant(s), | ) | 3:23-cv-00001-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Matthew W Smith,** | ) | |
| Appellee(s). | ) | |

DECISION BY COURT. This action having come before the Court on Appeal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2024 Order.

March 6, 2024

*(signature)*

Katherine Hord Simon, Clerk
United States District Court